## 34322. LESTER v. BOONE.

PER CURIAM.

This is a primary election contest for the democratic nomination for the office of Hancock County Commissioner. Lester won by 137 votes. Boone brought this action under the Georgia Election Code, Code Ann. § 34-101 et seq. The trial judge, after hearing, found the election so defective the result was placed in doubt. He declared the election void and ordered a new election to be held October 31, 1978. Lester appeals. After a comprehensive review of the case, we affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 25, 1978.

*Roosevelt Warren, David Walbert, John J. Goger,* for appellant.
*Groover & Childs, Denmark Groover, Jr.,* for appellee.